# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
 )
   Plaintiff ) CRIMINAL NO. 08mj 1927
 )
 ) ORDER
 vs. )
 ) RELEASING MATERIAL WITNESS
 )
Paul Nunan Williams )
 ) Booking No.
   Defendant(s) )
 )

On order of the United States District/Magistrate Judge, LOUISA S. PORTER

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Maria Marcos Diaz Villa Lobus

DATED: 7/1/08

        LOUISA S. PORTER

       UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED       OR
  DUSM

      W. SAMUEL HAMRICK, JR.   Clerk

      by
        Deputy Clerk