# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
        Plaintiff )
         )
        vs. )
         )
Paul Norman Williams )
        Defendant(s) )
_____ )

CRIMINAL NO. 08mj1927

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District / Magistrate Judge,     LOUISA S. PORTER

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / Case Disposed / Order of Court)

Maria Marco Diaz - Villalobos

DATED:   7/17/08

LOUISA S. PORTER

UNITED STATES DISTRICT / MAGISTRATE JUDGE

OR

RECEIVED _____ DUSM

W. SAMUEL HAMRICK, JR.   Clerk

by _____ Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

✿ U.S. GPO: 2003-581-774/70062